# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-06809-SVW-FFM | Date | September 24, 2012 |
|---|---|---|---|
| Title | United States of America v. Brigitte L La Monte | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Valerie L Makarewicz AUSA | |

**Proceedings:** ORDER TO SHOW CAUSE HEARING FOR JUDICIAL ENFORCEMENT OF THE SUBJECT INTERNAL REVENUE SERVICE SUMMONS

    Hearing held. No appearance made by or on behalf of the defendant. The Court will sign the order to enforce the summons.

|  | : | 01 |
|---|---|---|
|  | Initials of Preparer | PMC |