UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>BRIGITTE L. LA MONTE,<br><br>        Defendant. | No. CV 12- 06809 SVW (FFMx)<br><br>ORDER GRANTING PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS<br><br>JS-6 |

      The above case came on for hearing before the Honorable Stephen V. Wilson, United States District Judge, on September 24, 2012, upon the United States of America's Petition to Enforce Internal Revenue Service Summons filed on August 7, 2012 and this Court's Order to Show Cause issued on August 14, 2012.

      The Court has carefully considered the papers filed and the entire record herein.  Determining that good cause appears thereon, the Court grants the Unites States' Petition to Enforce Internal Revenue Service Summons.

  1.  The Internal Revenue Service Summons served on respondent Brigitte L. La Monte on April 2, 2012, is ENFORCED.

  2.  Respondent Brigitte L. La Monte shall appear before Revenue Agent Fontini Geier, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, at the following date, time, and place:

|   |   |   |
|---|---|---|
| Date: | October 1, 2012 | |
| Time: | 10:00 a.m. | |
| Place: | Internal Revenue Service | |
|   | 300 N. Los Angeles Street | |
|   | Room 5151 | |
|   | Los Angeles, CA  90012 | |

or at such other reasonable time and place as otherwise directed in writing by Revenue Agent Fontini Geier, or any other authorized employee of the Internal Revenue Service so designated by the Internal Revenue Service, and at that time, respondent shall give the testimony and produce all books, records, papers, and other data demanded in the IRS Summons.  Respondent Brigitte L. La Monte's appearance shall continue from day-to-day thereafter at the same location for as long as is necessary to provide the testimony demanded in the IRS Summons and to make available for inspection and copying the produced books, records, papers, and other data demanded in the IRS Summons.

3.   Failure by respondent Brigitte L. La Monte to comply with the terms of this Order shall be grounds for finding her in contempt of Court.

**IT IS SO ORDERED.**

DATED: September 24, 2012                    _____

                                                                THE HON. STEPHEN V. WILSON
                                                                United States District Judge